UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| LockerMate Corporation,<br>a corporation of Minnesota<br>                    Plaintiff,<br>vs.<br><br>The Board Dudes, Inc., a California corporation<br>                    Defendant. | Civil Action No. 04 CV 3520 MJD/JGL |

**ORDER FOR DISMISSAL**

Pursuant to the stipulation of the parties, of May 23, 2005,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed, with prejudice, without costs to either remaining party.

Dated this 17th day of June, 2005.

s/ Michael J. Davis<br>
The Honorable Michael J. Davis,<br>
Judge of United States District Court